UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    **ORDER**
                                  :
         - v. -                   :    10 Cr. 231(SAS)
                                  :
MICHAEL A. RIVERA,                :
                                  :
                   Defendant.     :
                                  :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10

  WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 2, 2010;

  WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

  WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

  IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         August 31, 2010

                                       _____
                                       THE HONORABLE SHIRA A. SCHEINDLIN
                                       UNITED STATES DISTRICT JUDGE